# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ04789 |
| Plaintiff, | |
| v. | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |
| David MANRIQUEZ-Hernandez, Leonardo Antonio MOLINA-Robles, Regan ESPER, Osmar Alfonso MAZARIEGOS-Rivera, | Title 8, USC 1324(a)(1)(A)(ii) and (v)(I) Conspiracy to Transport Illegal Aliens |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

### Count One

On or about December 4, 2021, within the Southern District of California, defendants David MANRIQUEZ-Hernandez and Leonardo Antonio MOLINA-Robles, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Nancy Elia BECERRA-Espino, Eduardo PEREZ-Isordia and Javier Ricardo SALAS-Aguilar, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

Count Two

On or about December 4, 2021, within the Southern District of California, defendants Osmar Alfonso MAZARIEGOS-Rivera and Regan ESPER, with the intent to violate the immigration laws of the United States, knowingly or in reckless disregard of the fact that certain aliens, namely, Nancy Elia BECERRA-Espino, Eduardo PEREZ-Isordia and Javier Ricardo SALAS-Aguilar, had come to, entered and remained in the United States in violation of law, did conspire together and with others known and unknown, to transport and move said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(ii) and (v)(I) .

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 6, 2021

_____
HON. ANDREW G. SCHOPLER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**David MANRIQUEZ-Hernandez, Leonardo Antonio MOLINA-Robles, Regan ESPER,**
**Osmar Alfonso MAZARIEGOS-Rivera**

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Nancy Elia BECERRA-Espino, Eduardo PEREZ-Isordia, and Javier Ricardo SALAS-Aguilar are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 3, 2021, at approximately 10:30 PM, San Diego Air and Marine Operations' Aviation Unit detected a vessel of interest that was headed north towards the United States from Mexican Territorial Waters. A United States Coast Guard Cutter responded to track the vessel as it made its way towards its destination in the United States. Border Patrol Agents from the San Clemente Border Patrol Station responded landside to position themselves to interdict when it made landfall.

On December 4, 2021, at approximately 4:00 AM, the Cutter tracked the vessel as it made landfall near La Jolla Shores Beach in San Diego, California. Supervisory Border Patrol Agent A. Ybarra witnessed the vessel make landfall near La Jolla Shores Beach. Agent Ybarra observed a large group of individuals disembark from the vessel. The location of the landing appeared to be at the end of Avenida De La Playa, where the road meets the beach. Agent Ybarra responded in his unmarked service vehicle to the location where the vessel was last seen.

Agent Ybarra arrived near the intersection of Avenida De La Playa and Camino Del Oro and witnessed multiple vehicles leaving the scene at a high rate of speed. Agent Ybarra followed the vehicles as they left the scene and made a righthand turn onto Calle De La Plata.  Agent Ybarra called for backup and continued to follow the vehicles as they made a left turn onto Torrey Pines Road.

Border Patrol Agents J. Raya, K. Daffern, and D. Julio responded to assist Agent Ybarra as he followed the vehicles down La Jolla Parkway. The vehicles were traveling over 100 mph and were increasing their speed. Three of the vehicles turned onto Eastbound State Route 52, and two vehicles exited onto southbound Interstate-5. Agent Ybarra attempted to initiate a vehicle stop on the driver of the Ford Mustang, later identified as the defendant, Osmar Alfonso MAZARIEGOS-Rivera, by activating his vehicles emergency lights and siren resulting in the mustang increasing its speeds to over 120 mph.

**CONTINUATION OF COMPLAINT:**
**David MANRIQUEZ-Hernandez, Leonardo Antonio MOLINA-Robles, Regan ESPER, Osmar Alfonso MAZARIEGOS-Rivera**

At approximately 4:10 AM, after failing to yield to Agent Ybarra's emergency lights and siren for approximately 2 miles, MAZARIEGOS yielded on Eastbound State Route 52, approximately one mile from Interstate 805 Freeway. Agent Julio arrived shortly thereafter to assist with the vehicle stop. Agent Ybarra identified himself as a United States Border Patrol Agent to MAZARIEGOS and instructed him to turn off his vehicle. At approximately 4:20 AM, Agent Julio placed MAZARIEGOS under arrest for his suspected involvement in the alien smuggling event.

Agent's Daffern and Raya performed a vehicle stop of a Chrysler van after a Failure to Yield pursuit. The van being driven by an individual later identified as the defendant, Regan James ESPER. Agent Raya detained ESPER as both Agents noticed 10 individuals, crammed into the van without seatbelts and stacked on top of each other. Agent Raya performed an immigration inspection and determined nine individuals to be citizens and nationals of Mexico not in possession of immigration documents allowing them to enter or remain in the United States legally. One individual stated he is a citizen and national of Guatemala not in possession of immigration documents allowing him to enter or remain in the United States legally. At approximately 4:20 AM, Agent Raya placed all individuals including defendant, ESPER, and material witnesses, Javier Ricardo SALAS-Aguilar, Nancy Elia BECERRA-Espino, and Eduardo PEREZ-Isordia under arrest.

At approximately 5:00 AM, Marine Interdiction Agents from Customs and Border Protection's Air and Marine Operations intercepted the panga vessel as it was trying to return to Mexican territorial waters. On board the panga were two individuals later identified as defendants, David MANRIQUEZ-Hernandez and Leonardo Antonio MOLINA-Robles. MANRIQUEZ and MOLINA were transferred to the United States Coast Guard Cutter Rednour and transported to Ballast Point in San Diego.

Agent R. Ko responded to Ballast Point to assist the Marine Interdiction Agents. Agent Ko identified himself as a Border Patrol Agent to MANRIQUEZ and MOLINA and performed an immigration inspection. Agent Ko determined MANRIQUEZ and MOLINA to be citizens of Mexico, illegally present in the United States without proper immigration documentation allowing them to enter or remain in the United States legally. Agent Ko placed MANRIQUEZ and MOLINA under arrest.

Defendant David MANRIQUEZ-Hernandez was advised of his Miranda Rights and agreed to waive his Miranda rights and agreed to speak to agents. MANRIQUEZ stated he is a citizen of

**CONTINUATION OF COMPLAINT:**
**David MANRIQUEZ-Hernandez, Leonardo Antonio MOLINA-Robles, Regan ESPER, Osmar Alfonso MAZARIEGOS-Rivera**

Mexico without proper immigration documents allowing him to enter or remain in the United States legally.  MANRIQUEZ stated that he entered the United States on December 4, 2021, on a boat, via the ocean, to La Jolla, California. MANRIQUEZ stated he was aware that he was making an illegal entry into the United States when he made entry by boat. MANRIQUEZ said his cousin made the initial arrangements with him.  MANRIQUEZ stated he was going to pay after arriving to the United States. MANRIQUEZ was shown a photographic lineup and positively identified one person on the boat later identified as defendant, Leonardo MOLINA-Robles.

Defendant Leonardo Antonio MOLINA-Robles was advised of his Miranda Rights and agreed to speak to Agents. MOLINA stated he is a citizen of Mexico without proper immigration documents allowing him to enter or remain in the United States legally. MOLINA stated that he entered the United States on December 03, 2021, on a boat, via the ocean. MOLINA stated he was aware that he was making an illegal entry into the United States when he made entry by boat. MOLINA stated that a family member made the initial smuggling arrangements with him. MOLINA stated that he had to pay $17,000 USD upon a successful arrival into the United States. MOLINA stated that he was first transported on a boat. MOLINA identified MANRIQUEZ who was left behind with him on the stranded boat.

Defendant Regan ESPER was advised of his Miranda Rights and was willing to speak without an attorney present. ESPER stated that he would receive a phone call with instructions to transport illegal individuals. ESPER also admitted that he knew that he would be going to pick up illegal aliens, in his van, and then drive them somewhere else.  ESPER stated the aliens would be taken to El Cajon and that he would get "a couple hundred dollars" for each alien he transported in his van. ESPER was also told there would be other cars involved and each driver would be getting some money. ESPER stated he received a location in La Jolla to go to and went there shortly after receiving the call. Once in La Jolla, ESPER stated he saw other cars around at the same time but claims he did know who was in the other cars. ESPER described the cars as a white sedan and a black car that could possibly be a mustang. ESPER stated he went to the spot he was told and then he saw the people come running up and jump in his van. ESPER said that he did not talk to any of the people that got in his car because he does not speak Spanish. Once they were all in the car, ESPER drove away and was pulled over and arrested a short time later. ESPER was shown a photograph and positively identified MAZARIEGOS as the man giving him instructions. ESPER had a large sum of money on him at the time of arrest totaling $2,000 USD.

**CONTINUATION OF COMPLAINT:**
 **David MANRIQUEZ-Hernandez, Leonardo Antonio MOLINA-Robles, Regan ESPER, Osmar Alfonso MAZARIEGOS-Rivera**

Defendant Osmar Alfonso MAZARIEGOS-Rivera was advised of his Miranda Rights, MAZARIEGOS stated he understood those rights and was willing to speak with agents without the presence of an attorney. MAZARIEGOS stated he is a citizen and national of Mexico present in the United States without any immigration documents allowing him to enter or remain in the United States legally. MAZARIEGOS stated he was born in Tijuana Baja California, Mexico but currently resides in San Diego, California. MAZARIEGOS stated he was deported approximately six years ago. MAZARIEGOS claims he illegally entered the United States approximately five months ago by jumping the international border fence near the San Ysidro Port of Entry. MAZARIEGOS stated he has been living in the United States for the past six months. MAZARIEGOS stated he was recruited to be a "lookout" for illegal activity taking place at the beaches. MAZARIEGOS knew that this illegal activity had to do with people arriving at the beach illegally. MAZARIEGOS understood he was involved in illegal activity. MAZARIEGOS stated on Friday December 3, 2021, he was offered approximately $1,500 USD to be a lookout and report any sightings of police vehicles and police activity in the area where they would be working. MAZARIEGOS was told to specifically lookout for Ford Explorer's, Chargers and marked police vehicles. MAZARIEGOS stated he and two other cars were recruited for the job. MAZARIEGOS claimed he didn't know who the other subjects driving the other vehicles were, but he knew what they were driving. MAZARIEGOS stated that one subject was driving a dark colored van and the other subject was driving a white Lexus. MAZARIEGOS stated the Lexus left the scene once he was pulled over by Border Patrol.

Material witnesses, Nancy Elia BECERRA-Espino, Eduardo PEREZ-Isordia, and Javier Ricardo SALAS-Aguilar stated they are citizens of Mexico without legal immigration documents allowing them to enter in the United States legally. BECERRA stated she entered the United States on December 4, 2021, on a boat. PEREZ, and SALAS stated they entered the United States on December 3, 2021, on a boat, via the ocean, to La Jolla, California. BECERRA, PEREZ, and SALAS stated their destination was California, for work. BECERRA, PEREZ, and SALAS stated they attempted to enter the United States through the ocean by boat. BECERRA, PEREZ, and SALAS stated they were aware they were making an illegal entry into the United States when they made entry by boat. PEREZ stated that he was eventually taken to the boat and told to follow the lights and aboard the vessel with approximately 10 or 12 other people. BECERRA, PEREZ, and SALAS stated another individual made the initial smuggling arrangements with them. BECERRA, PEREZ, and SALAS stated they were going to pay approximately $16,000 USD to $17,500 USD upon a successful arrival. BECERRA, PEREZ, and SALAS stated they were first transported on a boat. PEREZ stated he was in the same boat for the entire journey. SALAS stated that the boat captain told them to run to a black van once

**CONTINUATION OF COMPLAINT:**
 David MANRIQUEZ-Hernandez, Leonardo Antonio MOLINA-Robles, Regan ESPER, Osmar
 Alfonso MAZARIEGOS-Rivera


the boat landed. BECERRA was shown a photographic lineup and positively identified
defendant ESPER as one of the vehicle drivers.



**Executed on December 5, 2021 at 10:35 AM.**

_____
Joshua Johnson
Border Patrol Agent


On the basis of the facts presented in the probable cause statement consisting of five page, I find
probable cause to believe that the defendant named in this probable cause statement committed
the offense on December 4, 2021, in violation of 8 USC 1324(a)(1)( ´ ` ´´`

_____                    12/05/2021, 12:37 pm
HON. RUTH B. MONTENEGRO                          Date/Time
United States Magistrate Judge